AO 257 (Rev. 6/78)

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☐ INFORMATION ☒ INDICTMENT ☒ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

## OFFENSE CHARGED

18 U.S.C. § 371 – Conspiracy
18 U.S.C. § 922(a)(1)(A) – Engaging in Firearms Business Without a License
18 U.S.C. § 922(o) – Illegal Possession or Transfer of a Machine Gun

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY: SEE ATTACHED

[redacted]

## DEFENDANT - U.S

THANH P. TRUONG

DISTRICT COURT NUMBER

CR 15-00051-JST

FILED
JUN - 4 2015
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## PROCEEDING

Name of Complaintant Agency, or Person (& Title, if any)

Bureau of Alcohol, Tobacco, Firearms and Explosives

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY ☐ DEFENSE

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on this form: MELINDA HAAG

☒ U.S. Attorney ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned): SCOTT D. JOINER

## DEFENDANT

### IS *NOT* IN CUSTODY

1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges

2) ☐ Is a Fugitive

3) ☒ Is on Bail or Release from (show District)

NORTHERN DISTRICT OF CALIFORNIA

### IS IN CUSTODY

4) ☐ On this charge

5) ☐ On another conviction } ☐ Federal ☐ State

6) ☐ Awaiting trial on other charges

If answer to (6) is "Yes", show name of institution

Has detainer been filed? ☐ Yes ☐ No } If "Yes" give date filed

**DATE OF ARREST** Month/Day/Year

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** Month/Day/Year

☐ This report amends AO 257 previously submitted

## ADDITIONAL INFORMATION OR COMMENTS

PROCESS:

☐ SUMMONS ☒ NO PROCESS* ☐ WARRANT

Bail Amount:

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance

Defendant Address:

** Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment*

Date/Time: Before Judge:

Comments:

PENALTY SHEET ATTACHMENT
(TRUONG)

COUNT ONE: 18 U.S.C. § 371 – Conspiracy

Maximum Prison Term of Five Years;
Maximum Fine of $250,000
Maximum Term of Supervised Release of Three Years;
Mandatory Special Assessment of $100.

COUNT TWO 18 U.S.C. § 922(a)(1)(A) – Engaging in Firearms Business Without a License

Maximum Prison Term of Five Years;
Maximum Fine of $250,000
Maximum Term of Supervised Release of Three Years;
Mandatory Special Assessment of $100.

COUNT THREE 18 U.S.C. § 922(o) – Illegal Possession or Transfer of a Machine Gun

Maximum Prison Term of Ten Years;
Maximum Fine of $250,000
Maximum Term of Supervised Release of Three Years;
Mandatory Special Assessment of $100.

AO 257 (Rev. 6/78)

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☐ INFORMATION ☒ INDICTMENT ☒ SUPERSEDING

**OFFENSE CHARGED**

18 U.S.C. § 371 – Conspiracy

18 U.S.C. § 922(o) – Illegal Possession or Transfer of a Machine Gun

☐ Petty ☐ Minor ☐ Misde-meanor ☒ Felony

PENALTY: SEE ATTACHED

[redacted]

Name of District Court, and/or Judge/Magistrate Location

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

**DEFENDANT - U.S**

JEFFREY MENNIES

DISTRICT COURT NUMBER

CR 15-00051-JST

FILED

JUN - 4 2015

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**PROCEEDING**

Name of Complainant Agency, or Person (& Title, if any)

Bureau of Alcohol, Tobacco, Firearms and Explosives

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY ☐ DEFENSE
SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant
MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form: MELINDA HAAG

☒ U.S. Attorney ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned): SCOTT D. JOINER

**DEFENDANT**

**IS *NOT* IN CUSTODY**

1) ☒ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☐ On this charge

5) ☐ On another conviction } ☐ Federal ☐ State

6) ☐ Awaiting trial on other charges

If answer to (6) is "Yes", show name of institution

Has detainer been filed? ☐ Yes ☐ No } If "Yes" give date filed

**DATE OF ARREST** Month/Day/Year

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** Month/Day/Year

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:

☐ SUMMONS ☐ NO PROCESS* ☒ WARRANT

Bail Amount: NO BAIL

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance

** Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment*

Defendant Address:

Date/Time: Before Judge:

Comments:

# PENALTY SHEET ATTACHMENT
(MENNIES)

COUNT ONE: 18 U.S.C. § 371 – Conspiracy

Maximum Prison Term of Five Years;
Maximum Fine of $250,000
Maximum Term of Supervised Release of Three Years;
Mandatory Special Assessment of $100.

COUNT FOUR 18 U.S.C. § 922(o) – Illegal Possession or Transfer of a Machine Gun

Maximum Prison Term of Ten Years;
Maximum Fine of $250,000
Maximum Term of Supervised Release of Three Years;
Mandatory Special Assessment of $100.

# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**

FILED
2015 JUN -4 P 12:29
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

VENUE: OAKLAND

---

UNITED STATES OF AMERICA,

V.

[redacted]

JEFFREY MENNIES and THANH P. TRUONG,

CR 15-0051 JST

DEFENDANT(S).

---

## SUPERSEDING INDICTMENT

Title 18 U.S.C. § 371 - Conspiracy;
Title 18 U.S.C. § 922(a)(1)(A) - Engaging in Firearms Business Without a License;
Title 18 U.S.C. § 922(o) - Illegal Possession or Transfer of a Machine Gun;
Title 18 U.S.C. § 924(d)(1) and Title 28 U.S.C. § 2461 - Forfeiture of Firearms and Ammunition

A true bill.

____________________ Foreman

Filed in open court this 4th day of

June, 2015.

____________________
Ada Means Clerk

~~Bail,~~ $ ________ NO BAIL WARRANT for Jeffrey Mennies

NO PROCESS for mr. Truong

Jacqueline Scott Corley
United States Magistrate Judge

MELINDA HAAG (CABN 132612)
United States Attorney

FILED
2015 JUN -4 P 12:29
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

[redacted]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>THANH P. TRUONG and<br>JEFFREY MENNIES,<br><br>Defendants. | No. CR 15-00051-JST<br><br><u>VIOLATIONS:</u> 18 U.S.C. § 371 – Conspiracy; 18 U.S.C. § 922(a) – Engaging in Firearms Business Without a License; 18 U.S.C. § 922(o) – Illegal Possession or Transfer of a Machine Gun; 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461– Forfeiture of Firearms and Ammunition.<br><br>OAKLAND VENUE |

<u>S U P E R S E D I N G  I N D I C T M E N T</u>

The Grand Jury charges:

<u>COUNT ONE</u>: (18 U.S.C. § 371 – Conspiracy)

1. Beginning on a date unknown, and continuing to on or about October 2, 2014, in the Northern District of California and elsewhere, the defendants,

THANH P. TRUONG and
JEFFREY MENNIES,

and others known and unknown to the Grand Jury, did knowingly and intentionally combine, conspire, and agree to willfully engage in the unlicensed business of manufacturing firearms, in violation of Title

Document No. 20K
District Court
Criminal Case Processing

18, United States Code, Sections 922(a)(1)(A), 923(a), and 924(a)(1)(D).

Overt Acts

2. In furtherance of the conspiracy and to effect the illegal objects thereof, the defendants, and others both known and unknown to the Grand Jury, committed the following overt acts, among others, in the Northern District of California and elsewhere:

a. On or about June 24, 2014, MENNIES communicated with a potential customer who had responded to an advertisement regarding the purchase and completion of firearms. On or about that same date, MENNIES communicated with TRUONG to set up a meeting with the potential customer. MENNIES arranged an appointment for June 26, 2014, in order to manufacture and sell the customer three firearms, specifically: two AR15 style lower receivers and one .308 caliber lower receiver.

b. On or about June 26, 2014, TRUONG met with the customer as arranged by MENNIES. TRUONG manufactured and sold the customer two AR15 style lower receivers and one .308 caliber lower receiver, as well as one additional lower receiver which had already been completed.

c. On or about July 1, 2014, MENNIES communicated with the same customer regarding the purchase and completion of four firearms, specifically: four AR15 style lower receivers for $860.00. On or about that same date, MENNIES then communicated with TRUONG to arrange an appointment for July 3, 2014, with the customer. MENNIES then confirmed the July 3, 2014, appointment with the customer after communicating with TRUONG.

d. On or about July 3, 2014, TRUONG met with the customer, manufactured four firearms, specifically four AR15 style lower receivers, and sold those four firearms to the customer for $860.00, as had been previously arranged by MENNIES.

e. On or about July 17, 2014, TRUONG sold a machinegun, that is, an AR-15 type lower receiver, unknown manufacturer with no serial number, that had been converted by TRUONG to accept fully automatic parts.

f. On or about October 2, 2014, TRUONG manufactured five firearms, specifically five AR15 style lower receivers, and sold those five firearms to a customer for $800.00.

All in violation of Title 18, United States Code, Section 371.

COUNT TWO: (18 U.S.C. § 922(a)(1)(A) – Engaging in Firearms Business Without a License)

3. Beginning on a date unknown and continuing until at least October 2, 2014, in the Northern District of California and elsewhere, defendant,

THANH P. TRUONG,

not being a licensed manufacturer of firearms within the meaning of Chapter 44, Title 18, United States Code, did willfully engage in the business of manufacturing firearms, in violation of Title 18, United States Code, Sections 922(a)(1)(A), 923(a), and 924(a)(1)(D).

COUNT THREE: (18 U.S.C. § 922(o) – Illegal Possession or Transfer of a Machine Gun)

4. On or about July 17, 2014, in the Northern District of California, the defendant,

THANH P. TRUONG,

did knowingly possess and transfer a machinegun, that is, an AR-15 type lower receiver, unknown manufacturer with no serial number, that had been converted to accept fully automatic parts, in violation of Title 18, United States Code, Sections 922(o) and 924(a)(2).

COUNT FOUR: (18 U.S.C. § 922(o) – Illegal Possession or Transfer of a Machine Gun)

5. On or about April 9, 2015, in the Northern District of California, the defendant,

JEFFREY MENNIES,

did knowingly possess and transfer a machinegun, that is, an AR-15 type lower receiver, unknown manufacturer with no serial number, that had been converted to accept fully automatic parts, in violation of Title 18, United States Code, Sections 922(o) and 924(a)(2).

FORFEITURE ALLEGATIONS: (18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c))

6. The allegations contained in Counts One, Two, Three, and Four are realleged and by this reference fully incorporated herein for the purpose of alleging forfeiture pursuant to the provisions of Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c).

7. Upon a conviction for any of the offenses alleged in Count One, Two, or Three, the defendant,

THANH P. TRUONG,

shall forfeit to the United States any firearm or ammunition involved in or used in any violation of said offense(s); pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28 United States Code,

Section 2461(c).

8. Upon a conviction for any of the offenses alleged in Counts One or Four, the defendant,

JEFFREY MENNIES,

shall forfeit to the United States any firearm or ammunition involved in or used in any violation of said offense(s); pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c).

DATED: June 4, 2015

A TRUE BILL.

FOREPERSON

MELINDA HAAG
United States Attorney

Eli Dur, for
DAVID R. CALLAWAY
Chief, Criminal Division

(Approved as to form: ____________)
AUSA JOINER