1    BRIAN J. STRETCH (CABN 163973)
     Acting United States Attorney
2
     DAVID R. CALLAWAY (CABN 121782)
3    Chief, Criminal Division

4    SCOTT D. JOINER (CABN 223313)
     Assistant United States Attorney
5
         450 Golden Gate Avenue, Box 36055
6        San Francisco, California 94102-3495
         Telephone: (415) 436-6824
7        FAX: (415) 436-6753
         scott.joiner@usdoj.gov
8
     Attorneys for United States of America
9

10                    UNITED STATES DISTRICT COURT

11                 NORTHERN DISTRICT OF CALIFORNIA

12                     SAN FRANCISCO DIVISION

13
     UNITED STATES OF AMERICA,          )   NO. CR 15-00051-JST
14                                       )
              Plaintiff,                  )   STIPULATION AND [PROPOSED] ORDER
15                                       )   CONTINUING HEARING DATE AND
         v.                               )   EXCLUDING TIME FROM SEPTEMBER 18, 2015
16                                       )   TO OCTOBER 23, 2015
     THANH P. TRUONG and                 )
17   JEFFREY MENIES,                     )
                                          )
18            Defendants.                 )
     _____
19

20        The defendants, Thanh P. Truong, represented by Angela Hansen, and Jeffrey Mennies,

21   represented by Garrick S. Lew, and the government, represented by Scott D. Joiner, Assistant United

22   States Attorney, hereby stipulate and agree as follows:

23        1.    The Court notified the parties that it is unavailable for the status conference currently

24   scheduled for September 18, 2015, and provided later dates of availability, which include October 23,

25   2015.

26        2.    The parties have conferred and agree that October 23, 2015, is the best available date

27   given the respective schedules of counsel and ongoing discovery.

28        3.    The parties therefore jointly request that the Court continue the September 18, 2015,

1   status conference until October 23, 2015, at 8:30 AM.

2       4.      The Court previously excluded time under the Speedy Trial Act through and including

3   September 18, 2015, for the effective preparation of counsel.

4       5.      The parties agree that in light of ongoing discovery, it remains appropriate to exclude

5   time under the Speedy Trial Act for effective preparation of counsel through and including the date of

6   the newly requested hearing date of October 23, 2015.

7   **SO STIPULATED.**

8   Date: September 14, 2015                         BRIAN J. STRETCH
                                                     Acting United States Attorney
9

10                                                  _____/s/_____
                                                    SCOTT D. JOINER
11                                                  Assistant United States Attorney

12

13  Date: September 14, 2015

                                                    _____/s/_____
14                                                  ANGELA HANSEN
                                                    Attorney for Thanh. P. Truong
15

16  Date: September 14, 2015

17                                                  _____/s/_____
                                                    GARRICK S. LEW
18                                                  Attorney for Jeffrey Mennies

19

20

21

22

23

24

25

26

27

28

1

**[PROPOSED] ORDER**

2      Pursuant to stipulation, IT IS HEREBY ORDERED that the court proceeding currently

3 scheduled on September 18, 2015, at 9:30 a.m., be continued to October 23, 2015, at 8:30 a.m.

4      Based upon the representation of counsel and for good cause shown, the Court finds that failing

5 to exclude the time between September 18, 2015, and October 23, 2015, would unreasonably deny the

6 defendant continuity of counsel and would deny counsel the reasonable time necessary for effective

7 preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).  The

8 Court further finds that the ends of justice served by excluding the time between September 18, 2015,

9 and October 23, 2015, from computation under the Speedy Trial Act outweigh the best interests of the

10 public and the defendant in a speedy trial.

11      Therefore, IT IS HEREBY ORDERED that the time between September 18, 2015 through and

12 including October 23, 2015, shall be excluded from computation under the Speedy Trial Act.  18 U.S.C.

13 § 3161(h)(7)(A) and (B)(iv).

14

15

16 DATED: September 14, 2015_____

Hon. Jon S. Tigar
17                                                                     United States District Judge

18

19

20

21

22

23

24

25

26

27

28

STIP. & [PROPOSED] ORDER CONTIN. HRG.
Case No. CR 15-00051-JST