BRIAN J. STRETCH (CABN 163973)
Acting United States Attorney

DAVID R. CALLAWAY (CABN 121782)
Chief, Criminal Division

SCOTT D. JOINER (CABN 223313)
Assistant United States Attorney

     450 Golden Gate Avenue, Box 36055
     San Francisco, California 94102-3495
     Telephone: (415) 436-6824
     FAX: (415) 436-6753
     scott.joiner@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR 15-00051-JST |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING DATE AND EXCLUDING TIME FROM OCTOBER 23, 2015 TO NOVEMBER 6, 2015 |
| v. | |
| THANH P. TRUONG and JEFFREY MENIES, | |
| Defendants. | |

The defendants, Thanh P. Truong, represented by Angela Hansen, and Jeffrey Mennies, represented by Garrick S. Lew, and the government, represented by Scott D. Joiner, Assistant United States Attorney, hereby stipulate and agree as follows:

     1.    The Court notified the parties that it is unavailable for the status conference currently scheduled for October 23, 2015, and provided later dates of availability, which include November 6, 2015.

     2.    The parties have conferred and agree that November 6, 2015, is the best available date given the respective schedules of counsel and ongoing discovery.

     3.    The parties therefore jointly request that the Court continue the October 23, 2015, status

1   conference until November 6, 2015, at 9:30 AM.

2       4.      The Court previously excluded time under the Speedy Trial Act through and including

3   October 23, 2015, for the effective preparation of counsel.

4       5.      The parties agree that in light of ongoing discovery, it remains appropriate to exclude

5   time under the Speedy Trial Act for effective preparation of counsel through and including the date of

6   the newly requested hearing date of November 6, 2015.

7   **SO STIPULATED.**

8   Date: October 6, 2015                          BRIAN J. STRETCH
                                                    Acting United States Attorney
9

10                                                 By:____/s/_____
                                                    SCOTT D. JOINER
11                                                  Assistant United States Attorney

12
    Date: October 6, 2015
13
                                                    _____/s/_____
14                                                  ANGELA HANSEN
                                                    Attorney for Thanh. P. Truong
15

16  Date: October 6, 2015

17                                                  _____/s/_____
                                                    GARRICK S. LEW
18                                                  Attorney for Jeffrey Mennies

19

20

21

22

23

24

25

26

27

28

1

**[PROPOSED] ORDER**

2    Pursuant to stipulation, IT IS HEREBY ORDERED that the court proceeding currently

3 scheduled on October 23, 2015, at 8:30 a.m., be continued to November 6, 2015, at 9:30 a.m.

4    Based upon the representation of counsel and for good cause shown, the Court finds that failing

5 to exclude the time between October 23, 2015, and November 6, 2015, would unreasonably deny the

6 defendant continuity of counsel and would deny counsel the reasonable time necessary for effective

7 preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).  The

8 Court further finds that the ends of justice served by excluding the time between October 23, 2015, and

9 November 6, 2015, from computation under the Speedy Trial Act outweigh the best interests of the

10 public and the defendant in a speedy trial.

11    Therefore, IT IS HEREBY ORDERED that the time between October 23, 2015 through and

12 including November 6, 2015, shall be excluded from computation under the Speedy Trial Act.  18

13 U.S.C. § 3161(h)(7)(A) and (B)(iv).

14

15

16 DATED:  October 16, 2015



IT IS SO ORDERED

Judge Jon S. Tigar

17

18

19

20

21

22

23

24

25

26

27

28

STIP. & [PROPOSED] ORDER CONTIN. HRG.
Case No. CR 15-00051-JST