BRIAN J. STRETCH (CABN 163973)
Acting United States Attorney

DAVID R. CALLAWAY (CABN 121782)
Chief, Criminal Division

SCOTT D. JOINER (CABN 223313)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6824
    Fax: (415) 436-6753
    scott.joiner@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR 15-00051 JST |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING DATE AND EXCLUDING TIME FROM JANUARY 22, 2016 TO FEBRUARY 26, 2016 |
| v. | |
| THANH P. TRUONG, and JEFFREY MENIES, | |
| Defendants. | |

       The defendants, Thanh P. Truong, represented by Angela Hansen, and Jeffrey Mennies, represented by Garrick Lew, and the government, represented by Scott D. Joiner, Assistant United States Attorney, hereby stipulate and agree as follows:

       1.    The matter is currently set for change of plea/motions setting on January 22, 2016 at 9:30 AM in Oakland.

       2.    Counsel for the government has a scheduling conflict because he is scheduled to appear in a separate matter for a motions hearing in an eleven-defendant RICO case that was specially set for the same time before the Hon. William H. Orrick in San Francisco (CR 13-00764 WHO).

3. The courtroom deputy clerk provided alternate dates in the above-captioned matter to counsel for the government. The parties have conferred and agree that February 26, 2016, at 9:30 AM is the best available date given the respective schedules of counsel and ongoing discovery.

4. The parties therefore jointly request that the Court continue the January 22, 2016 proceeding until February 26, 2016, at 9:30 AM.

5. The Court previously excluded time under the Speedy Trial Act through and including January 22, 2016, for the effective preparation of counsel.

6. The parties agree that in light of the availability of counsel and ongoing discovery, it remains appropriate to exclude time under the Speedy Trial Act for effective preparation and continuity of counsel through and including the date of the newly requested hearing date of February 26, 2016. The parties therefore jointly request that the Court enter the Proposed Order below continuing the hearing date and excluding time.

**SO STIPULATED.**

Date: January 19, 2016                              BRIAN J. STRETCH
                                                    Acting United States Attorney

                                                    By:     /s/
                                                    SCOTT D. JOINER
                                                    Assistant United States Attorney

Date: January 19, 2016
                                                          /s/
                                                    ANGELA HANSEN
                                                    Attorney for Thanh P. Truong

Date: January 19, 2016
                                                          /s/
                                                    GARRICK S. LEW
                                                    Attorney for Jeffrey Mennies

**[PROPOSED] ORDER**

Pursuant to stipulation, IT IS HEREBY ORDERED that the court proceeding currently scheduled on January 22, 2016, be continued to February 26, 2016, at 9:30 AM.

Based upon the representation of counsel and for good cause shown, the Court finds that failing to exclude the time between January 22, 2016, and February 26, 2016, would unreasonably deny the defendant continuity of counsel and would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time between January 22, 2016, and February 26, 2016, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial.

Therefore, IT IS HEREBY ORDERED that the time between January 22, 2016 through and including February 26, 2016, shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

DATED: January 20, 2016_____

Hon. Jon S. Tigar
United States District Judge